IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

**FILED**

NOV 0 7 2016

Clerk, U.S. District Court
District Of Montana
Helena

\*\*\*\*\*\*\*

BRAD TSCHIDA

           Plaintiff,

   -vs-

JONATHAN MOTL
in his official capacity as Montana's
Commissioner of Political Practices,

           Defendant.

CV 16-102-H-CCL

ORDER

\*\*\*\*\*\*

Having received notice of assignment of this case to me this afternoon, I find that I have a potential conflict. I therefore hereby recuse myself in this matter and direct the Clerk to immediately notify the Chief Judge of the necessity for reassignment of the case to another judge.

DATED this 7th day of November, 2016. 7:53 p.m.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE