# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| BRAD TSCHIDA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN MOTL, <br><br> Defendant. | Case No. CV 16-102-H-BMM <br><br> **ORDER GRANTING MOTION TO (1) WITHDRAW APPLICATION FOR TEMPORARY RESTRAINING ORDER, (2) VACATE ORDER FOR SUPPLEMENTAL BRIEFING, AND (3) VACATE HEARING SCHEDULED FOR DECEMBER 9, 2016** |

Plaintiff Brad Tschida has requested that the Court (1) withdraw his application for a temporary restraining order and an order to show cause regarding a preliminary injunction, (2) vacate its order for supplemental briefing on December 7, 2016, and (3) vacate the hearing scheduled for December 9, 2016. The motion is unopposed. Good cause showing, the motion is GRANTED. Plaintiff's request for a temporary restraining order and preliminary injunction is hereby WITHDRAWN, and the Court's orders for supplemental briefing and a hearing on December 9, 2016, are VACATED.

IT IS SO ORDERED.

DATED: 12/5/2016

/s/Brian Morris
Brian Morris
United States District Court Judge