# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| BRAD TSCHIDA, | ) |
| | ) Case No. CV 16-102-H-BMM |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| JONATHAN MOTL, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Brad Tschida has filed an unopposed motion with this Court for an order authorizing his counsel to attend by telephone the preliminary pretrial conference scheduled for this matter on May 11, 2017. (Doc. 47). Good cause showing, the motion is **GRANTED**. **IT IS HEREBY ORDERED** that ALL parties shall appear at the May 11, 2017 preliminary pretrial conference by telephone. The Court will contact the parties with the call-in number.

DATED this 3rd day of May, 2017.

_____
Brian Morris
United States District Court Judge