IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION



FILED

JUL 1 0 2017

Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| BRAD TSCHIDA,<br><br>      Plaintiff,<br><br>vs.<br><br>JEFF MANGAN, in his official capacity as the Commissioner of Political Practices, JONATHAN MOTL, in his personal capacity,<br><br>      Defendants. | CV-16-102-H-BMM<br><br>Order |

      Defendant Motl moves this Court to dismiss the second, third, and fourth claims, and all claims for damages, in Plaintiff Tschida's Second Amended Complaint for Damages, Injunctive Relief, and Declaratory Relief (Doc. 55). (Doc. 56.) The Court previously dismissed these claims from Tschida's First Amended Complaint upon granting Motl's motion to dismiss those claims based upon qualified immunity. (Doc. 45.)

Tschida admits that he did not make any substantive changes to these claims in his Second Amended Complaint. (Doc. 58 at 2.) Tschida states that he included the claims again "for purposes of preserving them for appellate review." *Id.*

For the reasons stated in the Court's previous Order (Doc. 45), **IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 56) is **GRANTED**. Plaintiffs second, third, and fourth claims of the Second Amended Complaint are **DISMISSED WITH PREJUDICE**.

DATED this 10th day of July, 2017.

*/s/ Brian Morris*

Brian Morris
United States District Court Judge