# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| BRAD TSCHIDA, <br><br> Plaintiff, <br><br> v. <br><br> JEFF MANGAN, in his official capacity as the Commissioner of Political Practices, JONATHAN MOTL, in his personal capacity, <br><br> Defendants. | Case No. CV 16-102-H-BMM <br><br> **ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT** |

This matter is before the Court upon Plaintiff Brad Tschida's motion for entry of judgment pursuant to Fed. R. Civ. Proc. 58(d). The motion is based upon this Court's orders issued on (1) July 10, 2017, (*ECF No. 59*), resulting in the dismissal of Plaintiff's Second, Third, and Fourth Causes of Action in his Second Amended Complaint and (2) December 18, 2017, (*ECF No. 86*), which granted in part and denied in part Tschida's summary judgment motion and granted in part and denied in part Defendants' motion for summary judgment with regard to the First Cause of Action. The motion is unopposed.

GOOD CAUSE SHOWING, the Court hereby grants the motion and instructs the clerk to enter judgment in accordance with the Court's orders cited above.

DATED this 14th day of February, 2018.

_____
Brian Morris
United States District Court Judge