UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRAD TSCHIDA, <br><br> Plaintiff, <br><br> vs. <br><br> JEFF MANGAN, in his official capacity as the Commissioner of Political Practices, and JONATHAN MOTL, in his personal capacity, <br><br> Defendants. | Case No. CV-16-102-H-BMM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 59) filed on July 10, 2017, dismissing plaintiff's Second, Third, and Fourth Causes of Action in his second Amended Complaint and Order (Doc. 86), which granted in part and denied in part Tschida's summary judgment motion and granted in part and denied in part Defendants' motion for summary judgment with regard to the First Cause of Action.

Dated this 14th day of February, 2018.

TYLER P. GILMAN, CLERK
By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk