FILED

MAR 2 3 2018

Clerk, U.S. District
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| BRAD TSCHIDA, | Case No. CV 16-102-BMM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEFF MANGAN, in his official capacity as the Commissioner of Political Practices, | |
| Defendant. | |

Before the Court is Defendant's motion for an extension of time to file his response to Plaintiff's Motion to Modify Injunction Pending Appeal. (Doc. 95.)

Good cause appearing, the motion is GRANTED. Defendant's response is due April 13, 2018.

IT IS SO ORDERED.

DATED this 23rd day of March, 2018.

Brian Morris
United States District Court Judge