Matthew G. Monforton  (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
Facsimile:   (406) 551-6919
E-mail:       matthewmonforton@yahoo.com

Attorney for Plaintiff Brad Tschida

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| BRAD TSCHIDA,<br><br>   Plaintiff,<br><br>v.<br><br>JEFF MANGAN, in his official capacity as the Commissioner of Political Practices, JONATHAN MOTL, in his personal capacity,<br><br>   Defendants. | Case No. CV 16-102-H-BMM<br><br>**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT** |

Plaintiff Brad Tschida respectfully moves this Court for entry of judgment in this matter pursuant to Fed. R. Civ. Proc. 58(d).  The motion is based upon the opinion issued by the Ninth Circuit on May 29, 2019, (Case No. 18-35115), holding that Mont. Code Ann. § 2-2-136(4) facially violates the First Amendment. Plaintiff requests that the judgment reflect this holding and include a provision permanently enjoining the Commissioner from enforcing Mont. Code Ann. § 2-2-

136(4) (2017).[1]

Plaintiff notes that the parties have agreed that the Commissioner's office shall pay Plaintiff Tschida $74,567.65 in satisfaction of its obligations under 42 U.S.C. § 1988. Plaintiff therefore requests that his motion for fees (Doc. 108) be withdrawn.

Plaintiff has advised counsel for Commissioner Mangan and former Commissioner Motl of this motion. They do not object to it.

DATED: August 30, 2019

                            Respectfully submitted,

                            Monforton Law Offices, PLLC

                            By:   /s/ Matthew G. Monforton
                                    Matthew G. Monforton
                                    Attorney for Plaintiff

---

[1] The Ninth Circuit's opinion analyzed the 2017 version of Mont. Code Ann. § 2-2-136(4). Montana repealed and amended Mont. Code Ann. § 2-2-136(4) in 2019. *See* Opinion, fn 1; Montana Senate Bill 150 (2019). Those amendments take effect on October 1, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 30th day of August, 2019, that a copy of the foregoing will be delivered this day via the Court's ECF system to counsel for the Defendant.

DATED: August 30, 2019

                                          Respectfully submitted,

                                          Monforton Law Offices, PLLC

                                          By:   /s/ Matthew G. Monforton
                                                          Matthew G. Monforton
                                                          Attorney for Plaintiff