FILED
9/16/2019
Clerk, U.S. District Court
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRAD TSCHIDA, <br><br> Plaintiff, <br><br> v. <br><br> JEFF MANGAN, in his official capacity as the Commissioner of Political Practices, JONATHAN MOTL, in his personal capacity, <br><br> Defendants. | Case No. CV 16-102-H-BMM <br><br> **ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT** |

Pending before the Court is the unopposed motion of Plaintiff Brad Tschida for (1) withdrawal of his motion for fees and costs (Doc. 108) in light of the parties' agreement for the State to pay Mr. Tschida $74,567.65 and (2) entry of judgment in this matter. Good cause showing, the motion is GRANTED. The Defendants are hereby permanently enjoined from enforcing Mont. Code Ann. § 2-2-136(4) (2017). The Court shall set out its judgment in a separate document in accordance with Fed. R. Civ. Proc. 58(a).

DATED this 16th day of September, 2019

*Brian Morris*
Brian Morris
United States District Court Judge