UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRAD TSCHIDA,<br><br>              Plaintiff,<br><br>vs.<br><br>JEFF MANGAN, IN HIS OFFICAL CAPACITY AS THE COMMISSIONER OF POLITICAL PRACTICES, JONATHAN MOTL, IN HIS PERSONAL CAPACITY,<br><br>              Defendant. | Case No. CV-16-102-H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 111). The State is to pay Mr. Tschaida 74,567.65. The Defendants are hereby permanently enjoined from enforcing Mont. Code Ann. § 2-2-136(4) (2017).

      Dated this 16th day of September 2019.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ Heidi Gauthier
                                  Heidi Gauthier, Deputy Clerk